IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
NATHAN E. GOODMAN,  :  Case No. 14-10486-TPA
*Debtor.*  :  Chapter 13
:
:

## CERTIFICATE OF SERVICE

The Clerks' Office of the Bankruptcy Court for the Western District of Pennsylvania certifies that on October 5, 2017 the attached letter was sent to all of the Debtors listed below by United States Postal Service First-Class Mail.

| Name | Case No. | Name | Case No. |
|---|---|---|---|
| Escobar | 12-10280-TPA | Murray | 17-10387-TPA |
| Nemenz | 12-10856-TPA | Bowen | 17-10390-TPA |
| Jones | 12-10958-TPA | Logan | 17-10478-TPA |
| Frtiz | 12-24459-JAD | Coles | 17-10504-TPA |
| Katherine | 13-25070-JAD | Smith | 17-10572-TPA |
| Goodman | 14-10486-TPA | Keith | 17-10684-TPA |
| Montroy | 15-10072-TPA | Kuneman | 17-10691-TPA |
| Tate | 15-10861-TPA | Pitter | 17-10693-TPA |
| Vasilik | 15-11025-TPA | Tietjen | 17-10762-TPA |
| Chrzanowski | 15-11143-TPA | Borkovic | 17-20067-JAD |
| Pogledich | 15-22026-CMB | Santini | 17-20655-CMB |
| Rodriguez | 16-11110-TPA | Turosik | 17-20786-GLT |
| Knechtel | 16-21782-CMB | Milice | 17-21487-CMB |
| Bademe | 17-10013-TPA | Shingleton | 17-21525-JAD |
| Smith | 17-10260-TPA | Hockenberry | 17-21643-JAD |
| Giallorenzo | 17-22025-TPA | Burns | 17-11012-TPA |
| Coleman | 17-22092-CMB | Formanski | 17-11011-TPA |
| Cogar | 17-22725-JAD | Hill | 17-11010-TPA |
| Fox | 17-22453-JAD | Yoder | 17-22724-CMB |
| Ruffner | 17-22454-JAD | Serna | 17-22723-CMB |
| Mike | 17-22719-JAD | Funkhouser | 17-22722-GLT |
| Watson | 17-22720-CMB | Crespo | 17-22721-JAD |

*[signature]*
Michael Rhodes, Clerk
United States Bankruptcy Court

[Debtor name and address]

Re:   Bankruptcy Case No. _____

## IMPORTANT NOTICE CONCERNING YOUR BANKRUPTCY CASE

Dear _____ :

      The Bankruptcy Court issued an order on September 29, 2017 removing Attorney Joesph B. Aguglia, Jr. as your attorney in the above bankruptcy case. The court took this action because unforeseen circumstances had raised questions about his ability to provide effective legal representation. At the same time, the Bankruptcy Court appointed the following attorney to represent you in the case:

      Attorney Ronald Cook
      Foster Law Offices, LLC
      Phone: 814-724-1165

Attorney Cook or someone else from his office will be contacting you soon to speak with you about your case. If you would prefer to be represented by another attorney, or to represent yourself without an attorney, you may so inform Attorney Cook and your preference will be respected.

      The Clerk's Office has no further information to provide you at this time. If you have any questions you should contact Attorney Cook.

_____
Michael Rhodes