Case 17-20655-CMB    Doc 44    Filed 10/07/17    Entered 10/08/17 00:49:21    Desc Imaged
Certificate of Notice    Page 1 of 3

FILED
10/5/17 12:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| CLARA A. SANTINI | : | Case No. 17-20655-CMB |
| *Debtor* | : | |
| | : | Chapter 13 |
| | : | |
| | : | Related to Doc. No. 40 |
| | : | |
| | : | Hearing:  October 20, 2017 at 3:00 P.M. |

## ORDER NOTIFYING DEBTOR(S) OF MEET AND CONFER CONFERENCE

As the Court assumes you are now aware, due to a number of personal issues affecting your attorney, Joseph B. Aguglia, Jr., and his ability to adequately represent your interests, he has been relieved of that responsibility.  In order to protect your interests on an interim basis the Court has appointed Attorney Ronald E. Cook of the Foster Law Offices in Atty. Aguglia's stead.

In order to allow you an opportunity to meet Atty. Cook and determine if you would like to retain he and his firm on a "going forward" basis, the Court has scheduled a "Meet and Confer Conference" for October 20, 2017 to meet with Atty. Cook and representatives of the Chapter 13 Trustee's Office while conducting a brief review of your bankruptcy case.  ***Your attendance at the October 20th Conference is required if you wish to continue pursuing your bankruptcy case and the relief it affords you.***  If you decide to go forward with your case, depending on the circumstances involved, entry into a new fee agreement with Atty. Cook and his firm may be required.

*AND NOW*, this **5th** day of ***October, 2017***, in compliance with Paragraph 7 of the Order dated September 29, 2017 filed at Document No. 75 in the matter of *In Re Nathan E. Goodman at Case No. 14-10486*, directing that a conciliation conference, now referred to as a "Meet and Confer Conference" be scheduled in the "Transferred Cases,"

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)    A ***Meet and Confer Conference*** is scheduled for ***October 20, 2017*** at ***3:00 P.M.*** by video link between the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania and Courtroom C, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219, with the Trustee present in Pittsburgh, and Attorney Ronald Cook present in Erie. The Debtor(s), ***Clara A. Santini*** is required to ***personally appear*** at the location most convenient for you.

(2)    Issues pertaining to retaining Atty. Cook as your counsel, whether you wish to retain another counsel or proceed on your own without counsel, will be resolved at the time of the Conference. The status of your case will be discussed at which time you may consider to terminate the proceeding or continue with it.

(3)    ***Failure to attend this Conference will result in dismissal of your case as of November 1, 2017,*** unless you receive permission to proceed with your case prior thereto by filing the appropriate motion with the Court.

                                                  Thomas P. Agresti, Judge    jlm
                                                  United States Bankruptcy Court

Case administrator to serve:
    Joseph B. Aguglia, Jr., Esq.                        Ronald Cook, Esq.
    Chief Judge Jeffery A. Deller                        Larry Wahlquist, Esq.
    Judge Carlota M. Böhm                                Ronda Winnecour, Esq.
    Judge Gregory L. Taddonio                          Michael Rhodes, Clerk
    Debtor(s)

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 17-20655-CMB
Clara A. Santini                                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: gamr            Page 1 of 1            Date Rcvd: Oct 05, 2017
                                Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.
db             +Clara A. Santini,   1014 Main Street,   Aliquippa, PA 15001-3984

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Joseph B. Aguglia, Jr.    on behalf of Debtor Clara A. Santini jaguglia@verizon.net,
               googz21@hotmail.com
              Kevin Scott Frankel    on behalf of Creditor    Regions Bank d/b/a Regions Mortgage pabk@logs.com
              Kevin Scott Frankel    on behalf of Creditor    Regions Mortgage pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronald E. Cook    on behalf of Debtor Clara A. Santini ronald@mrdebtbuster.com,
               clarissa@mrdebtbuster.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 9