# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## MEET AND CONFER CONFERENCE MINUTES

### Conciliation Conference:

Debtor: Clara A. Santini
Case Number: 17-20655 CMB           Chapter: 13
Date / Time / Room: October 20, 2017 at 3:00 p.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:** #43 - Meet and Confer Conference
*(Debtor to personally appear)*

FILED
10/24/17 4:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Appearances:

Debtor: Santillan
Trustee: Winnecour / Bedford / Katz / Pail
Creditor:

### Proceedings: Continued

Recommended Outcome: Debtor did not appear - counsel to file motion to excuse - he instructed her not to appear as he was here

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 11/29/2017 at 10:00 am in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA
8. _____ An Amended Plan is to be
   Objections are due on or
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Other:

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Clara A. Santini  
    Debtor

Case No. 17-20655-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: jhel    Page 1 of 1    Date Rcvd: Oct 24, 2017  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2017.  
db          +Clara A. Santini,    1014 Main Street,    Aliquippa, PA 15001-3984

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2017 at the address(es) listed below:

       Edgardo D. Santillan    on behalf of Debtor Clara A. Santini ed@santillanlaw.com,  
        edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com  
       James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
       Joseph B. Aguglia, Jr.    on behalf of Debtor Clara A. Santini jaguglia@verizon.net,  
        googz21@hotmail.com  
       Kevin Scott Frankel    on behalf of Creditor    Regions Bank d/b/a Regions Mortgage pabk@logs.com  
       Kevin Scott Frankel    on behalf of Creditor    Regions Mortgage pabk@logs.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,  
        ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
       Ronald E. Cook    on behalf of Debtor Clara A. Santini ronald@mrdebtbuster.com,  
        clarissa@mrdebtbuster.com  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
        srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                          TOTAL: 10