UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 17-20655-CMB |
| CLARA A. SANTINI | |
| DEBTOR. | CHAPTER 13 |
| | DOCUMENT NO. 54 |
| CLARA A. SANTINI | |
| MOVANT | |
| VS. | |
| NO RESPONDENTS. | |

### ORDER OF COURT

AND NOW, to wit, this   17th   day of   Nov. , 2017 upon consideration of the MOTION TO EXCUSE DEBTOR'S APPEARANCE AT THE MEET AND CONFER CONFERENCE ON OCTOBER 20, 2017, NUNC PRO TUNC , and upon good cause shown, it is hereby:

ORDERED, ADJUDGED AND DECREED that the Debtor,  Clara A. Santini's, Physical appearance at the Meet and Confer Conference is waived.

IT IS FURTHER ORDER that the appearance of  Debtor's Counsel Edgardo D. Santillan is approved.

BY THE COURT:

_____
Carlota M. Bohm
U.S. BANKRUPTCY JUDGE

FILED
11/17/17 2:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Clara A. Santini  
     Debtor

Case No. 17-20655-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Nov 17, 2017  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2017.  
db         +Clara A. Santini,    1014 Main Street,    Aliquippa, PA 15001-3984

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2017 at the address(es) listed below:

         Edgardo D. Santillan    on behalf of Debtor Clara A. Santini ed@santillanlaw.com,
          edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
         James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
         Joseph B. Aguglia, Jr.    on behalf of Debtor Clara A. Santini jaguglia@verizon.net,
          googz21@hotmail.com
         Kevin Scott Frankel    on behalf of Creditor    Regions Bank d/b/a Regions Mortgage pabk@logs.com
         Kevin Scott Frankel    on behalf of Creditor    Regions Mortgage pabk@logs.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
         Ronald E. Cook    on behalf of Debtor Clara A. Santini ronald@mrdebtbuster.com,
          clarissa@mrdebtbuster.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                          TOTAL: 10