UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN IN RE: | Bankruptcy No. 17-20655-CMB |
| CLARA A. SANTINI<br>　　　　Debtor | Chapter 13 |
| | Document No. |
| RONALD E. COOK, ESQ.. and<br>EDGARDO D. SANTILLAN, ESQUIRE | Related to Doc No.　55 |
| 　　　　Movants,<br>v.<br>NO RESPONDENTS | |

## ORDER

AND NOW, this __17th__ day of ____November____ 2017, upon consideration of the

Joint Motion to Withdraw the Appearance of Ronald E. Cook, Esquire and

Entering the Appearance of Edgardo D. Santillan, Esquire, and after such notice and hearing as

is appropriate:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the appearance of

Ronald E. Cook, Esquire as counsel of record in the within case is hereby

withdrawn.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the appearance of

Edgardo D. Santillan, Esquire is hereby entered as counsel of record to the Debtor and such

is authorized to receive Attorney Fees, originally earmarked for Joseph Agulia, Esquire, in

accordance with the Debtor's Chapter 13 plan with the exception of the first $250.00 which

will be paid to Foster Law Offices.

BY THE COURT:

FILED
11/17/17 2:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Bohm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 17-20655-CMB
Clara A. Santini                                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr        Page 1 of 1        Date Rcvd: Nov 17, 2017
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2017.
db          +Clara A. Santini,   1014 Main Street,   Aliquippa, PA 15001-3984

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2017 at the address(es) listed below:
          Edgardo D. Santillan    on behalf of Debtor Clara A. Santini ed@santillanlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Joseph B. Aguglia, Jr.    on behalf of Debtor Clara A. Santini jaguglia@verizon.net,
           googz21@hotmail.com
          Kevin Scott Frankel    on behalf of Creditor    Regions Bank d/b/a Regions Mortgage pabk@logs.com
          Kevin Scott Frankel    on behalf of Creditor    Regions Mortgage pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronald E. Cook    on behalf of Debtor Clara A. Santini ronald@mrdebtbuster.com,
           clarissa@mrdebtbuster.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                          TOTAL: 10