# PROCEEDING MEMO

**Date:** 11/29/2017  10:00 am

**In re:** Clara A. Santini

Bankruptcy No. 17-20655-CMB
Chapter: 13
Doc. # 15

**Appearances:** ~~Joseph B. Aguglia~~ Jr., Edgardo D. Santillan, (Winnecour)/ Bedford / Pail / Katz
for Debtor

**Movant(s):**

**Respondents:**

**Creditor(s):** ~~Kevin S. Frankel~~

**Nature of Proceeding:** #15 Contested March 20, 2017 Plan

**Additional Pleadings:** #24 Objection of Regions Bank to Confirmation of Plan

**Judge's Notes:**   Per Debtor's counsel, Debtor needs some time to file amended plan as planning to sell real estate. Per trustee, there is an issue with wage attachment.

**Outcome:**   Plan to be filed by end of Dec. 2017. Conciliation scheduled for Feb. 22, 2018 at 10:00 a.m.

_____ Motion is GRANTED  _____Order entered
_____ Motion is DENIED_____Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED       Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED       Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____days
_____ CONTINUED MATTER:  _____for at least _____days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:   Movant(s) brief due _____days
                            Respondent(s) brief due _____days
                            Trustee's brief due _____days

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
11/29/17 3:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA