UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-20655-CMB |
| | ) | |
| CLARA   A. SANTINI | ) | CHAPTER 13 |
| | ) | |
| DEBTOR | ) |  RELATED DOCUMENT NO. |
| _____ | ) | |
| CLARA   A. SANTINI | ) | |
| | ) | HEARING DATE: 1/17/2018 @ 11:00A.M. |
| MOVANT | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| NO RESPONDENTS | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO APPROVE REAL ESTATE BROKER

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Real Estate Broker filed on December 7, 2017  has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Real Estate Broker appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion to Approve Real Estate Broker were to be filed and served no later than December 26, 2017.

It is hereby respectfully requested that the Order to the Motion to Approve Real Estate Broker be entered by the Court.


Dated: December 27, 2017

/s/ Edgardo D. Santillan_____
Edgardo D. Santillan, Esquire
PA ID# 60030
SANTILLAN LAW FIRM, P.C.
775 Fourth St.
Beaver, PA 15009
724-770-1040
ed@santillanlaw.com