IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | CASE NO. 17-20655-CMB |
| ) | |
| CLARA A. SANTINI ) | CHAPTER 13 |
| ) | |
| DEBTOR ) | DOCUMENT NO.   67 |
| _____ ) | |
| CLARA A. SANTINI ) | |
| ) | |
| MOVANT ) | |
| ) | |
| VS. ) | **ENTERED BY DEFAULT** |
| ) | |
| NO RESPONDENTS ) | |
| ) | |

**ORDER APPROVING RETENTION OF REALTOR/BROKER**

**AND NOW,** this ___28th___ day of December 2017, upon consideration of the
***APPLICATION TO EMPLOY REALTOR,*** it is **ORDERED, ADJUDGED** and **DECREED** as follows:

    1. The above referenced Application is hereby approved as of the date the Application was filed.

    2. ***Douglass Rees of RE/Max Select Realty 1187 Thorn Run Road Ext., Moon Twp, PA 15108*** is hereby appointed as ***Realtor*** for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Debtor's agent in connection with the sale of real estate located at **1014 Main St., Aliquippa, PA 15001**. A realtor commission in the amount of **6%** on the sale price is tentatively approved, subject to final court order.

    3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

    4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria

_/s/ Carlota M. Böhm_   dmr
**Judge Bohm**
United States Bankruptcy Judge

cc:  **Trustee**
     **Debtor**
     **Counsel**
     **Realtor/Broker**
     **Office of the U.S. Trustee**

FILED
12/28/17 2:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Clara A. Santini  
    Debtor

Case No. 17-20655-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Dec 28, 2017  
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2017.  
db         +Clara A. Santini,    1014 Main Street,    Aliquippa, PA 15001-3984  
r          +Douglass Rees,    RE/Max Select Realty,    1187 Thorn Run Road Ext.,    Moon Twp., PA 15108-3198

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2017 at the address(es) listed below:  
          Edgardo D. Santillan    on behalf of Debtor Clara A. Santini ed@santillanlaw.com,  
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com  
          James   Warmbrodt    on behalf of Creditor     Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
          Joseph B. Aguglia, Jr.    on behalf of Debtor Clara A. Santini jaguglia@verizon.net,  
           googz21@hotmail.com  
          Kevin Scott Frankel    on behalf of Creditor     Regions Mortgage pabk@logs.com  
          Kevin Scott Frankel    on behalf of Creditor     Regions Bank d/b/a Regions Mortgage pabk@logs.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Peter J. Ashcroft    on behalf of Creditor     Duquesne Light Company pashcroft@bernsteinlaw.com,  
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
          S. James Wallace    on behalf of Creditor     Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                                                TOTAL: 9