UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | CLARA A. SANTINI |
| Case Number: | 17-20655-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JULY 12, 2018  11:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
7/13/18 3:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#71 - Final Confirmation of Plan Dated 12/29/2017 (FC)
R / M #: 71 / 0

*Appearances:*

Debtor: Santillan
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor: Geisler Regions Mortgage

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to Oct 11 2018 at 11:00.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

7/5/2018    9:28:55AM