UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | CLARA A. SANTINI |
| Case Number: | 17-20655-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, OCTOBER 11, 2018 11:00 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
10/11/18 4:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#71 - Continued Confirmation of Plan Dated 12/29/2017 (FC)
R / M #: 71 / 0

**Appearances:**

Debtor: *Santini*
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor: *Pecardis for Regions mortgage*

**Proceedings:**

Outcome: *Debtor is to seek to sell RE*

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 1/10/19 at 2:30 pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/3/2018    4:07:30PM