## PROCEEDING MEMO

Date: 10/10/2018   10:00 a.m.

In re: Clara A. Santini

                                                            Bankruptcy No. 17-20655-CMB
                                                            Chapter: 13
                                                            Doc. # 81

Appearances: ~~Winnecour / Rail / Katz /~~ DeSimone

Movant(s): ~~Kevin Scott Frankel~~ Pecarchik

Respondents: Edgardo D. Santillan

Creditor(s):

Nature of Proceeding: # 81 Motion of Regions Bank for Relief from the Automatic Stay

Additional Pleadings:  Certificate of Service;  #84 Response by Debtor;  #85 CNO

Judge's Notes:

Outcome:

Development with respect to the sale. Previous approval of broker who became ill and process slowed down. Found another broker and about to file motion for approval. Prior to filing, broker found buyer. Have an agreement of sale for approx $67,000 which should be more than enough to pay mortgage claim and fund plan. Intend to file motions in next 7 days to approve broker and for sale. Seek continuance of this to after closing.

Continued to 12/19 at 11am.

- \_\_\_\_\_ Motion is GRANTED \_\_\_\_\_ Order entered
- \_\_\_\_\_ Motion is DENIED\_\_\_\_\_ Order entered
- \_\_\_\_\_ Motion WITHDRAWN
- \_\_\_\_\_ Motion is DISMISSED   Order entered
- \_\_\_\_\_ Reschedule for Proper Service
- \_\_\_\_\_ Case DISMISSED   Order entered
- \_\_\_\_\_ Parties to submit Order/Settlement/Stipulation by \_\_\_\_\_days
- \_\_\_\_\_ CONTINUED MATTER: \_\_\_\_\_for at least _____days (Court to Issue Order)
- \_\_\_\_\_ to hearing date of _____
- \_\_\_\_\_ ISSUE EVIDENTIARY HEARING NOTICE
- \_\_\_\_\_ Discovery time needed _____ days
- \_\_\_\_\_ Briefs to be filed:   Movant(s) brief due _____days
                          Respondent(s) brief due _____days
                          Trustee's brief due _____days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
10/11/18 9:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-20655-CMB
Clara A. Santini                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: dric              Page 1 of 1              Date Rcvd: Oct 11, 2018
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
db             +Clara A. Santini,    1014 Main Street,    Aliquippa, PA 15001-3984

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2018 at the address(es) listed below:
              Edgardo D Santillan    on behalf of Debtor Clara A. Santini ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Joseph B. Aguglia, Jr.    on behalf of Debtor Clara A. Santini jaguglia@verizon.net,
               googz21@hotmail.com
              Kevin Scott Frankel    on behalf of Creditor    Regions Mortgage pabk@logs.com
              Kevin Scott Frankel    on behalf of Creditor    Regions Bank d/b/a Regions Mortgage pabk@logs.com
              Lisa   Cancanon    on behalf of Creditor    Cerastes, LLC, lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 10