UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-20655-CMB |
| | ) | |
| CLARA A. SANTINI | ) | CHAPTER 13 |
| | ) | |
| DEBTOR | ) | RELATED DOCUMENT NO. 88 & 89 |
| _____ | ) | |
| CLARA A. SANTINI | ) | |
| | ) | HEARING DATE: 11/7/2018 @ 10:00A.M. |
| MOVANT | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| NO RESPONDENTS | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO REPLACE REAL ESTATE BROKER

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Replace Real Estate Broker filed on October 12, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Replace Real Estate Broker appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Replace Real Estate Broker were to be filed and served no later than October 29, 2018.

It is hereby respectfully requested that the Order to the Motion to Replace Real Estate Broker be entered by the Court.

Dated: October 30, 2018            **/s/ Edgardo D. Santillan**
                                    Edgardo D. Santillan, Esquire
                                    PA ID# 60030
                                    SANTILLAN LAW FIRM, P.C.
                                    775 Fourth St.
                                    Beaver, PA 15009
                                    724-770-1040
                                    ed@santillanlaw.com