IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | CASE NO. 17-20655-CMB |
| ) | |
| CLARA A. SANTINI ) | CHAPTER 13 |
| ) | |
| DEBTOR ) | DOCUMENT NO. 88 |
| ) | |
| CLARA A. SANTINI ) | HEARING DATE: 11/7/18 @ 10:00 A.M. |
| ) | |
| MOVANT ) | |
| ) | |
| VS. ) | |
| ) | **ENTERED BY DEFAULT** |
| NO RESPONDENTS ) | |

**ORDER APPROVING REPLACEMENT OF REAL ESTATE BROKER WITH BERKSHIRE HATHAWAY AND TERMINATION OF PRIOR REPRESENTATION OF REMAX REALTY AS REALTOR FOR THE DEBTOR**

AND NOW, this ___1st___ day of November 2018, upon consideration of the *APPLICATION TO REPLACE REALTOR,* it is **ORDERED, ADJUDGED** and **DECREED** as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. *Renee Statler of Berkshire Hathaway 1134 Thorn Run Rd.., Moon Twp, PA 15108* is hereby appointed as *Replacement Realtor* for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Debtor's agent in connection with the sale of real estate located at **1014 Main St., Aliquippa, PA 15001**. A realtor commission of a flat rate in the amount of $4,000.00 is tentatively approved, subject to final court order.

3. The prior appointment of ReMAx Realty dated December 28, 2017 is terminated.

4. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

5. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria

**BY THE COURT:**

*Carlota M. Böhm*
**Judge Böhm, Chief Judge**    **dmr**
United States Bankruptcy Court

cc: **Trustee**
**Debtor**
**Counsel**
**Realtor/Broker**
**Office of the U.S. Trustee**

FILED
11/1/18 11:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Clara A. Santini  
    Debtor

Case No. 17-20655-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 1      Date Rcvd: Nov 01, 2018  
                  Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2018.
```
db             +Clara A. Santini,    1014 Main Street,    Aliquippa, PA 15001-3984
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2018 at the address(es) listed below:
```
              Edgardo D Santillan    on behalf of Debtor Clara A. Santini ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Joseph B. Aguglia, Jr.    on behalf of Debtor Clara A. Santini jaguglia@verizon.net,
               googz21@hotmail.com
              Kevin Scott Frankel    on behalf of Creditor    Regions Mortgage pabk@logs.com
              Kevin Scott Frankel    on behalf of Creditor    Regions Bank d/b/a Regions Mortgage pabk@logs.com
              Lisa  Cancanon    on behalf of Creditor    Cerastes, LLC, lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 10
```