## Beaver County Legal Journal
Beaver, Pennsylvania
Official Legal Publication of Beaver County

Beaver, Pa. October 29, 2018

State of Pennsylvania  } ss:
County of Beaver

SUELLEN M. VERLIHAY of the BEAVER COUNTY LEGAL JOURNAL, of the County and State aforesaid being duly sworn, deposes and says that the BEAVER COUNTY LEGAL JOURNAL, official legal publication of Beaver County, published at 788 Turnpike Street, Borough of Beaver, County and State aforesaid, was established March 25, 1939, since which date the BEAVER COUNTY LEGAL JOURNAL has been regularly issued in said County, and that the printed notice of publication attached hereto is exactly the same as printed and published in the regular editions and issues of the said BEAVER COUNTY LEGAL JOURNAL on the following dates, viz:    27th day October of A.D. 2018.

Affiant further deposes that she is the agent of the BEAVER COUNTY LEGAL JOURNAL, the official legal publication of Beaver County, to verify the foregoing statement under oath, and affiant is not interested in the subject matter of the aforesaid notice of advertisement, and that all allegations in the foregoing statements as to time, place and character of publication are true.

_____
Beaver County Legal Journal

Sworn to and subscribed before me this
30th day of October, 2018
Notary Public _____
My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Merry Beth Sylvester, Notary Public
Beaver Boro, Beaver County
My Commission Expires July 12, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

**STATEMENT OF ADVERTISING COSTS:**

Edgardo D. Santillan, Esquire
775 Fourth Street
Beaver, PA 15009

For publishing the notice attached hereto on the above stated date(s) ..................... $ 155.00
Total ........................... $ 155.00

**PUBLISHER'S RECEIPT FOR ADVERTIS[ING]**

BEAVER COUNTY BAR ASSOCIATION, publisher of the BEAVER [COUNTY LEGAL JOURNAL], [o]fficial legal publication of Beaver County, hereby acknowledges receipt of the aforesaid notice [and that the advertising costs] at the same have been duly paid.

BEAVER COUNTY BAR ASSOCIATION, [P]ublisher
By _____
of 1

**Copy of Notice of Publication**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
IN RE:
CLARA A. SANTINI
DEBTOR
CASE NO. 17-20655-CMB
CHAPTER 13
HEARING DATE: 11/7/18 @ 10:00 AM

**NOTICE OF HEARING ON MOTION TO SELL PROPERTY, FREE AND DIVESTED OF LIENS**

TO: ALL CREDITORS AND ALL PARTIES IN INTEREST
NOTICE IS HEREBY GIVEN THAT:

The Debtor, Clara Santini, intends to sell the Real property known as of 1014 Main Street, Aliquippa, PA 15001. The Debtor has received an offer of $67,788.00 for the property. The Debtor is seeking approval of the real estate sales transaction to the purchaser, Jackie Royal, on the sale date. The buyer is not related to the seller. A true and correct copy of the Agreement Of Sale is attached to the Motion filed in this case as Exhibit "A". The Court may entertain better and higher offers at the hearing, the successful bidder must have $1,000.00 in hand money in certified funds at time of sale. The balance of funds and closing shall be held within 30 days of confirmation of sale. The real property is being sold "AS IS, WHERE IS" free and clear of all mortgage, liens and encumbrances.

An Order has been issued setting a hearing on said Motion for November 7, 2018 at 10:00 a.m. before Chief Judge Carlota M. Bohm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time objections to said sale will be heard.

Date of Notice: October 12, 2018
Clerk, U.S. Bankruptcy Court

Objections to the Sale must be forwarded to Debtor's Counsel

Edgardo D. Santillan, Esquire
775 Fourth St.
Beaver, PA 15009
724-770-1040
ed@santillanlaw.com