# GateHouse Media Pennsylvania Holdings, Inc.

400 FAIR AVENUE
BEAVER, PA 15009-0400
(724) 775-3200 OR (724) 846-6300

**PUBLIC NOTICE ADVERTISING INVOICE**

Account Number: 7247741040
Invoice Date: 10/31/2018
Invoice Number: I07251603-10242018
Balance: $ 375.10

SANTILLAN LAW FIRM PC
775 4TH STREET
BEAVER, PA 150092108

PROOF CHARGE IS $5.00 FOR AFFIDAVIT, $13.00 FOR CLERICAL FEE

— — — — — — — — REMITTANCE - DETACH & RETURN THIS PORTION WITH PAYMENT — — — — — — — —

| ACCOUNT # | INVOICE DATE | DESCRIPTION | LINES | TIMES | PROOF | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| 7247741040 | 10/31/2018 | PUBLIC NOTICE  UNITED STATES E | 2.00 x 39 Lines | 1 | $ 18.00 | $ 375.10 |
| | 10/24/2018 | | | | | |
| | | DATES APPEARED | | | | |

## PROOF OF PUBLICATION

The Beaver County Times, Ellwood City Ledger
a daily newspaper of general circulation, published by GateHouse Media Pennsylvania Holdings, Inc.
a Pennsylvania corporation, 400 Fair Avenue, West Bridgewater, Beaver County, Pennsylvania,
was established in 1946, and has been issued regularly, except legal holidays since said date.

The attached advertisement, which is exactly as printed and published,
appeared in the regular issue on
10/24/2018

BEAVER COUNTY TIMES
By _____

**STATE OF PENNSYLVANIA,**
**COUNTY OF BEAVER,** } SS:

Before me, a Notary Public in and for such county and state, personally appeared
TINA BEQUEATH         , who being duly sworn according to law says that she is
PUBLISHER           of GateHouse Media Pennsylvania Holdings, Inc.; that neither affiant nor
said corporation is interested in the subject matter of the attached advertisement; and that all of
the allegations of the foregoing statement including those as to the time, place and character of
publication are true.

Sworn to and subscribed before me
this 31st day of October 2018

The costs of advertising and proof,
has been paid.                                     $ 375.10
GateHouse Media Pennsylvania Holdings, Inc.

Commonwealth of Pennsylvania - Notary Seal
Debra L. Hays, Notary Public
Beaver County
My commission expires June 15, 2022
Commission number 1068714
Member, Pennsylvania Association of Notaries

By _____

GateHouse Media Pennsylvania Holdings, Inc.       400 FAIR AVE.       BEAVER, PA. 15009

**PUBLIC NOTICE**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN IN RE:            ) CASE NO. 17-20655-CMB
CLARA A. SANTINI     ) CHAPTER 13
DEBTOR               ) HEARING         DATE:11/7/18
                     @   10:00 AM

**NOTICE OF HEARING ON MOTION TO SELL PROPERTY, FREE AND DIVESTED OF LIENS**

TO: ALL CREDITORS AND ALL PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN THAT : The Debtor, Clara Santini, intends to sell the Real property known as of 1014 Main Street, Aliquippa, PA 15001. The Debtor has received an offer of $67,788.00 for the property. The Debtor is seeking approval of the real estate sales transaction to the purchaser, Jackie Royal, on the sale date. The buyer is not related to the seller. A true and correct copy of the Agreement Of Sale is attached to the Motion filed in this case as Exhibit "A". The Court may entertain better and higher offiers at the hearing, the successful bidder must have $1,000.00 in hand money in certified funds at time of sale. The balance of funds and closing shall be held within 30 days of confirmation of sale. The real property is beng sold "AS IS, WHERE IS" free and clear of all mortgage, liens and encumbrances.

An Order has been issued setting a hearing on said Motion for November 7, 2018 at 10:00 a.m. Before Chief Judge Carlota M. Bohm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time objections to said sale will be heard.

Date of Notice: October 12, 2018

Clerk, U.S. Bankruptcy Court

Objections to the Sale must be forwarded to Debtor's Counsel

Edgardo D. Santillan, Esquire
775 Fourth ST.
Beaver, PA 15009
724-770-1040
ed@santillanlaw.com

10/24/18