## PROCEEDING MEMO

Date: 11/7/2018  10:00 a.m.

In re: Clara A. Santini

Bankruptcy No. 17-20655-CMB
Chapter: 13
Doc. # 90

Appearances: ~~Winnecour / Pail / Katz~~ / DeSimone

Movant(s): Edgardo D Santillan

Respondents: ~~Kevin S. Frankel~~  Mark Pecarchik

Creditor(s):

Nature of Proceeding: # 90 Motion to Sell Property Free and Clear of All Mortgages, Liens and Encumbrances

Additional Pleadings: #96 Response by Regions Mortgage

**Judge's Notes:**

**Outcome:**

\_\_\_\_\_ Motion is GRANTED  \_\_\_\_\_ Order entered
\_\_\_\_\_ Motion is DENIED \_\_\_\_\_ Order entered
\_\_\_\_\_ Motion WITHDRAWN
\_\_\_\_\_ Motion Is DISMISSED    Order entered
\_\_\_\_\_ Reschedule for Proper Service
\_\_\_\_\_ Case DISMISSED       Order entered
\_\_\_\_\_ Parties to submit Order/Settlement/Stipulation by \_\_\_\_\_ days
\_\_\_\_\_ CONTINUED MATTER:  \_\_\_\_\_ for at least \_\_\_\_\_ days (Court to Issue Order)
\_\_\_\_\_ to hearing date of \_\_\_\_\_
\_\_\_\_\_ ISSUE EVIDENTIARY HEARING NOTICE
\_\_\_\_\_ Discovery time needed \_\_\_\_\_ days
\_\_\_\_\_ Briefs to be filed:    Movant(s) brief due \_\_\_\_\_ days
                        Respondent(s) brief due \_\_\_\_\_ days
                        Trustee's brief due \_\_\_\_\_ days

Court: matrix not attached to COS
Santillan: Motion was served on mailing matrix. Required advertisements were made. Buyer is third party.
Pecarchik: No objection to the sale.
Court: Parties to confirm the payoff amount.
Court: Amended order to include exemption amounts to be filed by Friday. Court approves the sale in the amount of $67,788.00, there being no higher or better offers.

*No objections.*

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
11/8/18 9:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA