UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Clara A. Santini,<br>    Debtor. | CHAPTER 13 |
| | BANKRUPTCY CASE NUMBER<br>17-20655/CMB |
| Regions Mortgage,<br>    Movant,<br>v. | Related to Doc. No. 81, 113 |
| Clara A. Santini,<br>    Respondent/Debtor, | |
| Ronda J. Winnecour<br>    Additional Respondent. | |

**ORDER**

AND NOW, this __14th__ day of __December__, 2018, upon consideration of the Movant's Motion to Withdraw the Motion for Relief from the Automatic Stay filed with the Court on September 6, 2018, it is hereby ORDERED that the Motion is GRANTED and it is

FURTHER Ordered the hearing scheduled for December 19, 2018 is CANCELLED.

BY THE COURT:

_____
HONORABLE CARLOTA M. BOHM
UNITED STATES BANKRUPTCY JUDGE

FILED
12/14/18 3:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Clara A. Santini  
    Debtor

Case No. 17-20655-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Dec 14, 2018  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2018.  
db          +Clara A. Santini,  1014 Main Street,  Aliquippa, PA 15001-3984

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2018 at the address(es) listed below:

         Edgardo D Santillan     on behalf of Debtor Clara A. Santini ed@santillanlaw.com, edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com, eds.myecfemail@gmail.com,r53999@notify.bestcase.com  
         James Warmbrodt     on behalf of Creditor     Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
         Joseph B. Aguglia, Jr.     on behalf of Debtor Clara A. Santini jaguglia@verizon.net, googz21@hotmail.com  
         Kevin Scott Frankel     on behalf of Creditor     Regions Mortgage pabk@logs.com  
         Kevin Scott Frankel     on behalf of Creditor     Regions Bank d/b/a Regions Mortgage pabk@logs.com  
         Lisa Cancanon     on behalf of Creditor     Cerastes, LLC, lisac@w-legal.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft     on behalf of Creditor     Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
         S. James Wallace     on behalf of Creditor     Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                              TOTAL: 10