Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Clara A. Santini**
Debtor(s)

Bankruptcy Case No.: 17−20655−CMB
Issued Per Mar. 28, 2019 Proceeding
Chapter: 13
Docket No.: 121 − 116, 120
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated January 23, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☑ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H. Additional Terms: Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: April 4, 2019

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-20655-CMB
Clara A. Santini                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: jhel              Page 1 of 2            Date Rcvd: Apr 04, 2019
                            Form ID: 149            Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2019.
```
db              Clara A. Santini,    2120-60 Greentree Rd.,    Apt. 710-West,    Pittsburgh, PA 15220
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr             +Regions Bank d/b/a Regions Mortgage,    7130 Goodlett Farms Parkway,    A4W,
                 Cordova, TN 38016-4991
r              +Renee Statler,    Berkshire Hathaway,    1134 Thorn Run Rd.,    Moon Township, PA 15108-3181
14405236        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14369143       +Lendmark Financial Service,    PO Box 87014,    Fayetteville, NC 28304-7014
14384643       +Peoples Natural Gas,    c/o S. James Wallace,    845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14419956        Regions Bank d/b/a Regions Mortgage successor by m,    PO Box 1860,    Memphis, TN 38101-1860
14384645       +Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
14384647      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corporation,     5005 North River Boulevard,
                 Cedar Rapids, IA 52411)
14391437       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bncmail@w-legal.com Apr 05 2019 02:23:21      Cerastes, LLC,,
                 c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
cr             +E-mail/Text: newbk@Regions.com Apr 05 2019 02:23:22      Regions Mortgage,
                 7130 Goodlett Farms Parkway,    A4W,   Cordova, TN 38016-4991
14384636        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 05 2019 02:24:40       Capital One,
                 1500 Capital One Drive,    Henrico, VA 23238
14384637       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 05 2019 02:24:57       Capital One Bank USA,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
14857758       +E-mail/Text: bncmail@w-legal.com Apr 05 2019 02:23:21      Cerastes, LLC,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14384638       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 05 2019 02:22:58       Comenity Bank/Boscov's,
                 PO Box 182789,    Columbus, OH 43218-2789
14384639       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 05 2019 02:22:59
                 Comenity Capital Bank/Boscov's,    PO Box 182120,    Columbus, OH 43218-2120
14664323       +E-mail/Text: kburkley@bernsteinlaw.com Apr 05 2019 02:23:40       Duquesne Light Company,
                 c/o Allison L. Carr,,    Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14384640       +E-mail/Text: bncnotices@becket-lee.com Apr 05 2019 02:22:43       Kohls Department Store,
                 PO Box 3115,    Milwaukee, WI 53201-3115
14377250        E-mail/Text: ktramble@lendmarkfinancial.com Apr 05 2019 02:22:32
                 Lendmark Financial Services, LLC,    2118 Usher Street,    Covington GA 30014
14655066       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 05 2019 02:23:11       MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
14384642       +E-mail/Text: lauriem@newalliancefcu.com Apr 05 2019 02:23:46       New Alliance FCU,
                 835 Merchant Street,    Ambridge, PA 15003-2398
14664248        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 05 2019 02:25:18
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14373533       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 05 2019 02:24:59
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14643178        E-mail/Text: bnc-quantum@quantum3group.com Apr 05 2019 02:23:02
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14384644       +E-mail/Text: mtg.bankruptcy@regions.com Apr 05 2019 02:23:13       Regions Bank,
                 215 Forrest Street,    Hattiesburg, MS 39401-3476
14384646       +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2019 02:24:37       Syncb/JcPenney,    PO Box 965007,
                 Orlando, FL 32896-5007
                                                                                               TOTAL: 17
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Duquesne Light Company
cr              Toyota Motor Credit Corporation
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14384641*      +Lendmark Financial Service,    PO Box 87014,    Fayetteville, NC 28304-7014
                                                                                  TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: jhel              Page 2 of 2            Date Rcvd: Apr 04, 2019
                              Form ID: 149            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
              Edgardo D Santillan    on behalf of Debtor Clara A. Santini ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Joseph B. Aguglia, Jr.    on behalf of Debtor Clara A. Santini jaguglia@verizon.net,
               googz21@hotmail.com
              Kevin Scott Frankel    on behalf of Creditor    Regions Bank d/b/a Regions Mortgage pabk@logs.com
              Kevin Scott Frankel    on behalf of Creditor    Regions Mortgage pabk@logs.com
              Lisa Cancanon    on behalf of Creditor    Cerastes, LLC, lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 10
```