UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CLARA A. SANTINI | ) | Bankruptcy No. 17-20655-CMB |
| | ) | |
| | ) | |
| Debtor | ) | Chapter 13 |
| _____ | ) | |
| EDGARDO D. SANTILLAN, ESQUIRE | ) | Related doc #123 & 124 |
| Applicant | ) | |
| | ) | Hearing Date: 5/8/2019 @ 10:00a.m. |
| | ) | |
| | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING
## APPLICATION FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on April 5, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Compensation appears thereon. Pursuant to the Summons, objections to the Application for Compensation were to be filed and served no later than April 22, 2019.

It is hereby respectfully requested that the Order on the Application for Compensation be entered by the Court.

Dated: April 23, 2019              **/s/ Edgardo D. Santillan**
                                   Edgardo D. Santillan, Esquire
                                   PA ID# 60030
                                   SANTILLAN LAW, P.C.
                                   775 Fourth St.
                                   Beaver, PA 15009
                                   724-770-1040
                                   ed@santillanlaw.com