IN THE UNITED STATES BANKRUPTCY COURT
Pennsylvania Western District

| | |
|---|---|
| In Re: | Case Number: 17-20655-CMB |
| Clara A. Santini | Chapter 13 |
| | Document No. 123 |
| DEBTOR | Hearing Date: May 8, 2019 @ 10:00am |
| ------------------------------------- | |
| Edgardo Santillan | |
| APPLICANT | **ENTERED BY DEFAULT** |
| vs. | |
| NO RESPONDENT | |

### ORDER OF COURT

**AND NOW,** to-wit, this ___26th___ day of ___April___ ,2019, the **APPLICATION OF Edgardo Santillan FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR(S)** is approved for the total amount of **$5,500.00** for services rendered on behalf of the Debtor(s) for the period between October 12, 2017 through April 04, 2019, which represents $5,500.00 in attorney fees and $0.00 in costs. Attorney Santillan was paid a total of $1,902.15 in accordance with the Order entered November 17, 2017 at document number 57. The balanced owed is $3,597.85. The plan dated January 23, 2019 provides for additional attorney's fees which was confirmed on April 4, 2019.

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

BY THE COURT:

*Carlota M. Böhm*      dmr

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
4/26/19 1:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 17-20655-CMB
Clara A. Santini                                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1                Date Rcvd: Apr 26, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2019.
db              Clara A. Santini,    2120-60 Greentree Rd.,    Apt. 710-West,    Pittsburgh, PA   15220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2019 at the address(es) listed below:
    Edgardo D Santillan    on behalf of Debtor Clara A. Santini ed@santillanlaw.com,
     edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
     eds.myecfemail@gmail.com,r53999@notify.bestcase.com
    James    Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
    Joseph B. Aguglia, Jr.    on behalf of Debtor Clara A. Santini jaguglia@verizon.net,
     googz21@hotmail.com
    Kevin Scott Frankel    on behalf of Creditor    Regions Mortgage pabk@logs.com
    Kevin Scott Frankel    on behalf of Creditor    Regions Bank d/b/a Regions Mortgage pabk@logs.com
    Lisa    Cancanon    on behalf of Creditor    Cerastes, LLC, lisac@w-legal.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
     ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
     srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                  TOTAL: 10