Certificate Number: 05781-PAW-DE-034040143

Bankruptcy Case Number: 17-20655



05781-PAW-DE-034040143

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on February 3, 2020, at 1:26 o'clock PM PST, Clara Santini completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   February 3, 2020            By:   /s/Allison M Geving

                                    Name: Allison M Geving

                                    Title: President