**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　CLARA A. SANTINI | Case No. 17-20655CMB |
| 　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　　　Movant<br>　　　vs.<br>CLARA A. SANTINI | Chapter 13<br><br>Document No. 130 |
| 　　　Respondents | |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __10th__ day of __March__, 2020 it is hereby ORDERED, ADJUDGED, and DECREED that,

Club Demonstration Service Inc
Attn: Payroll Manaegr
4141 Jutland Dr Ste 300
San Diego, CA 92117-

is hereby ordered to immediately terminate the attachment of the wages of CLARA A. SANTINI, social security number XXX-XX-2691. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CLARA A. SANTINI.

_Carlota M. Böhm_    dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
3/10/20 10:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-20655-CMB
Clara A. Santini                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric               Page 1 of 1              Date Rcvd: Mar 10, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2020.
db             Clara A. Santini,    2120-60 Greentree Rd.,    Apt. 710-West,    Pittsburgh, PA   15220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2020 at the address(es) listed below:
      Edgardo D Santillan    on behalf of Debtor Clara A. Santini ed@santillanlaw.com,
       edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
       eds.myecfemail@gmail.com,r53999@notify.bestcase.com
      James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
      Joseph B. Aguglia, Jr.    on behalf of Debtor Clara A. Santini jaguglia@verizon.net,
       googz21@hotmail.com
      Kevin Scott Frankel    on behalf of Creditor    Regions Mortgage pabk@logs.com
      Kevin Scott Frankel    on behalf of Creditor    Regions Bank d/b/a Regions Mortgage pabk@logs.com
      Lisa Cancanon    on behalf of Creditor    Cerastes, LLC, lisac@w-legal.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                               TOTAL: 10