Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Clara A. Santini**
Debtor(s)

Bankruptcy Case No.: 17−20655−CMB
Related to Doc. No. 135
Chapter: 13
Docket No.: 136 − 135

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 28th of April, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/12/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/15/20 at 10:00 AM in** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/12/20.**

                                                  <u>Carlota M. Bohm</u>
                                                  United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 17-20655-CMB
Clara A. Santini                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric          Page 1 of 2        Date Rcvd: Apr 28, 2020
                        Form ID: 408        Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2020.
```
db              Clara A. Santini,    2120-60 Greentree Rd.,    Apt. 710-West,    Pittsburgh, PA 15220
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr             +Regions Bank d/b/a Regions Mortgage,    7130 Goodlett Farms Parkway,    A4W,
                 Cordova, TN 38016-4991
r              +Renee Statler,    Berkshire Hathaway,    1134 Thorn Run Rd.,    Moon Township, PA 15108-3181
14405236        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14369143       +Lendmark Financial Service,    PO Box 87014,    Fayetteville, NC 28304-7014
14384643       +Peoples Natural Gas,    c/o S. James Wallace,    845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14419956        Regions Bank d/b/a Regions Mortgage successor by m,    PO Box 1860,    Memphis, TN 38101-1860
14384645       +Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
14384647      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corporation,    5005 North River Boulevard,
                 Cedar Rapids, IA 52411)
14391437       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bncmail@w-legal.com Apr 29 2020 03:22:31      Cerastes, LLC,,
                 c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
cr             +E-mail/Text: newbk@Regions.com Apr 29 2020 03:22:32      Regions Mortgage,
                 7130 Goodlett Farms Parkway,    A4W,    Cordova, TN 38016-4991
14384636        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 29 2020 03:33:21      Capital One,
                 1500 Capital One Drive,    Henrico, VA 23238
14384637       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 29 2020 03:32:26      Capital One Bank USA,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
14857758       +E-mail/Text: bncmail@w-legal.com Apr 29 2020 03:22:31      Cerastes, LLC,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14384638       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 29 2020 03:22:06      Comenity Bank/Boscov's,
                 PO Box 182789,    Columbus, OH 43218-2789
14384639       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 29 2020 03:22:06
                 Comenity Capital Bank/Boscov's,    PO Box 182120,    Columbus, OH 43218-2120
14664323       +E-mail/Text: kburkley@bernsteinlaw.com Apr 29 2020 03:22:51      Duquesne Light Company,
                 c/o Allison L. Carr,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14384640       +E-mail/Text: bncnotices@becket-lee.com Apr 29 2020 03:21:55      Kohls Department Store,
                 PO Box 3115,    Milwaukee, WI 53201-3115
14377250        E-mail/Text: ktramble@lendmarkfinancial.com Apr 29 2020 03:21:42
                 Lendmark Financial Services, LLC,    2118 Usher Street,    Covington GA 30014
14655066       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 29 2020 03:22:24      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
14384642       +E-mail/Text: lauriem@newalliancefcu.com Apr 29 2020 03:22:55      New Alliance FCU,
                 835 Merchant Street,    Ambridge, PA 15003-2398
14664248        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 03:32:33
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14373533       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 03:32:34
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14643178        E-mail/Text: bnc-quantum@quantum3group.com Apr 29 2020 03:22:12
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14384644       +E-mail/Text: mtg.bankruptcy@regions.com Apr 29 2020 03:22:25      Regions Bank,
                 215 Forrest Street,    Hattiesburg, MS 39401-3476
14384646       +E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2020 03:33:16      Syncb/JcPenney,    PO Box 965007,
                 Orlando, FL 32896-5007
                                                                                              TOTAL: 17
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Duquesne Light Company
cr              Toyota Motor Credit Corporation
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14384641*      +Lendmark Financial Service,    PO Box 87014,    Fayetteville, NC 28304-7014
                                                                                 TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2           User: dric                 Page 2 of 2                  Date Rcvd: Apr 28, 2020
                               Form ID: 408               Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2020 at the address(es) listed below:
              Edgardo D Santillan    on behalf of Debtor Clara A. Santini ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Joseph B. Aguglia, Jr.    on behalf of Debtor Clara A. Santini jaguglia@verizon.net,
               googz21@hotmail.com
              Kevin Scott Frankel    on behalf of Creditor    Regions Bank d/b/a Regions Mortgage pabk@logs.com
              Kevin Scott Frankel    on behalf of Creditor    Regions Mortgage pabk@logs.com
              Lisa Cancanon    on behalf of Creditor    Cerastes, LLC, lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 10
```