**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

CLARA A. SANTINI

    Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
    Movant
    vs.
No Respondents.

Case No.:17-20655

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 27, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 02/23/2017 and confirmed on 5/1/17. The case was subsequently      Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 13,227.02 |
| Less Refunds to Debtor | 53.78 | |
| TOTAL AMOUNT OF PLAN FUND | | 13,173.24 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 6,347.85 | |
|    Trustee Fee | 558.45 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,906.30 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   REGIONS BANK | 3,933.35 | 3,933.35 | 0.00 | 3,933.35 |
|     Acct: 1912 | | | | |
|   REGIONS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1912 | | | | |
| | | | | 3,933.35 |
| **Priority** | | | | |
|   EDGARDO D SANTILLAN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLARA A. SANTINI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLARA A. SANTINI | 53.78 | 53.78 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOSEPH B AGUGLIA JR++ | 424.81 | 424.81 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOSEPH B AGUGLIA JR++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONALD E COOK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EDGARDO D SANTILLAN ESQ** | 1,902.15 | 1,902.15 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONALD E COOK ESQ | 173.04 | 173.04 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONALD E COOK ESQ | 250.00 | 250.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EDGARDO D SANTILLAN ESQ** | 3,597.85 | 3,597.85 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX4-19 | | | | |
|   TOYOTA LEASE TRUST | 1,412.08 | 1,412.08 | 0.00 | 1,412.08 |
|     Acct: U395 | | | | |
|   RONDA J WINNECOUR PA ID #30399** | 56.02 | 56.02 | 0.00 | 56.02 |
|     Acct: $/OE | | | | |
| | | | | 1,468.10 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 99.45 | 4.09 | 0.00 | 4.09 |

17-20655                                                                                                    Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 2691 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, L | 4,812.02 | 197.68 | 0.00 | 197.68 |
| Acct: 6418 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F | 435.55 | 17.89 | 0.00 | 17.89 |
| Acct: 5657 | | | | |
| CAPITAL ONE NA** | 229.52 | 9.43 | 0.00 | 9.43 |
| Acct: 5248 | | | | |
| CERASTES LLC | 7,542.76 | 309.86 | 0.00 | 309.86 |
| Acct: 8803 | | | | |
| NEW ALLIANCE FCU | 3,607.82 | 148.21 | 0.00 | 148.21 |
| Acct: 9701 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 308.62 | 12.68 | 0.00 | 12.68 |
| Acct: 8025 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, L | 94.37 | 3.88 | 0.00 | 3.88 |
| Acct: 3812 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, L | 3,549.02 | 145.79 | 0.00 | 145.79 |
| Acct: 9845 | | | | |
| MIDLAND FUNDING LLC | 388.97 | 15.98 | 0.00 | 15.98 |
| Acct: 9711 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9711 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KEVIN S FRANKEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 865.49 |

TOTAL PAID TO CREDITORS                                                                                6,266.94

TOTAL
CLAIMED        1,468.10
PRIORITY       3,933.35
SECURED       21,068.10

Date: 04/27/2020                                         /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    CLARA A. SANTINI<br><br>            Debtor(s)<br><br>    Ronda J. Winnecour<br>            Movant<br>                vs.<br>    No Repondents. | Case No.:17-20655<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                BY THE COURT:

                                                                _____
                                                                U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-20655-CMB
Clara A. Santini                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric              Page 1 of 2           Date Rcvd: Apr 28, 2020
                            Form ID: pdf900        Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2020.
db               Clara A. Santini,    2120-60 Greentree Rd.,    Apt. 710-West,    Pittsburgh, PA  15220
cr              +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr              +Regions Bank d/b/a Regions Mortgage,    7130 Goodlett Farms Parkway,    A4W,
                 Cordova, TN 38016-4991
r               +Renee Statler,    Berkshire Hathaway,    1134 Thorn Run Rd.,    Moon Township, PA 15108-3181
14405236         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14369143        +Lendmark Financial Service,    PO Box 87014,    Fayetteville, NC 28304-7014
14384643        +Peoples Natural Gas,    c/o S. James Wallace,    845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14419956         Regions Bank d/b/a Regions Mortgage successor by m,    PO Box 1860,    Memphis, TN 38101-1860
14384645        +Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
14384647       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor Credit Corporation,    5005 North River Boulevard,
                 Cedar Rapids, IA 52411)
14391437        +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: bncmail@w-legal.com Apr 29 2020 03:22:31     Cerastes, LLC,,
                 c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
cr              +E-mail/Text: newbk@Regions.com Apr 29 2020 03:22:32     Regions Mortgage,
                 7130 Goodlett Farms Parkway,    A4W,   Cordova, TN 38016-4991
14384636         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 29 2020 03:32:24      Capital One,
                 1500 Capital One Drive,    Henrico, VA 23238
14384637        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 29 2020 03:34:23      Capital One Bank USA,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
14857758        +E-mail/Text: bncmail@w-legal.com Apr 29 2020 03:22:31     Cerastes, LLC,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14384638        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 29 2020 03:22:03      Comenity Bank/Boscov's,
                 PO Box 182789,    Columbus, OH 43218-2789
14384639        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 29 2020 03:22:04
                 Comenity Capital Bank/Boscov's,    PO Box 182120,    Columbus, OH 43218-2120
14664323        +E-mail/Text: kburkley@bernsteinlaw.com Apr 29 2020 03:22:47     Duquesne Light Company,
                 c/o Allison L. Carr,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14384640        +E-mail/Text: bncnotices@becket-lee.com Apr 29 2020 03:21:54     Kohls Department Store,
                 PO Box 3115,    Milwaukee, WI 53201-3115
14377250         E-mail/Text: ktramble@lendmarkfinancial.com Apr 29 2020 03:21:42
                 Lendmark Financial Services, LLC,    2118 Usher Street,    Covington GA 30014
14655066        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 29 2020 03:22:24     MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
14384642        +E-mail/Text: lauriem@newalliancefcu.com Apr 29 2020 03:22:55      New Alliance FCU,
                 835 Merchant Street,    Ambridge, PA 15003-2398
14664248         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 03:34:33
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14373533        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 03:33:26
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14643178         E-mail/Text: bnc-quantum@quantum3group.com Apr 29 2020 03:22:10
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
14384644        +E-mail/Text: mtg.bankruptcy@regions.com Apr 29 2020 03:22:25     Regions Bank,
                 215 Forrest Street,    Hattiesburg, MS 39401-3476
14384646        +E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2020 03:34:15     Syncb/JcPenney,   PO Box 965007,
                 Orlando, FL 32896-5007
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Toyota Motor Credit Corporation
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14384641*      +Lendmark Financial Service,    PO Box 87014,    Fayetteville, NC 28304-7014
                                                                                   TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2           User: dric                 Page 2 of 2              Date Rcvd: Apr 28, 2020
                               Form ID: pdf900            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2020 at the address(es) listed below:
              Edgardo D Santillan    on behalf of Debtor Clara A. Santini ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              James    Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Joseph B. Aguglia, Jr.    on behalf of Debtor Clara A. Santini jaguglia@verizon.net,
               googz21@hotmail.com
              Kevin Scott Frankel    on behalf of Creditor    Regions Bank d/b/a Regions Mortgage pabk@logs.com
              Kevin Scott Frankel    on behalf of Creditor    Regions Mortgage pabk@logs.com
              Lisa    Cancanon    on behalf of Creditor    Cerastes, LLC, lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 10
```